United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2455WA

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Arkansas. |
| | * | |
| Joseph Bartlett Smith, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: November 18, 1997
Filed: November 26, 1997

_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Joseph Bartlett Smith appeals his conviction for possessing marijuana with intent to distribute. Smith contends the district court improperly denied his motion to suppress the marijuana state troopers found in Smith's pickup truck after a traffic stop. A thumbnail sketch of the facts shows that Smith's claims are without merit. Smith was stopped by a state trooper for a speeding violation. While the trooper and Smith were waiting for a routine computer check of Smith's driver's license and criminal history, a backup trooper detected a strong marijuana odor coming from Smith's pickup. After a drug dog alerted to the presence of drugs, the troopers found a large quantity of marijuana inside some barrels in the pickup's bed. Smith's contentions that the initial

traffic stop was pretextual and that the troopers lacked reasonable suspicion of the presence of drugs when they summoned the drug dog are clearly foreclosed by the holdings of the Supreme Court and this court.  See Whren v. United States, 116 S. Ct. 1769, 1774, 1776-77 (1996); United States v. Bloomfield, 40 F.3d 910, 918 (1994), cert. denied, 514 U.S. 1113 (1995).  Thus, we affirm the district court without an extended opinion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.